IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Case No. 23-cv-0296 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice, with each party to bear its own costs and expenses.

Dated:  March 14, 2023

                                              *s/ Alexander S. Elson*
                                              ALEXANDER S. ELSON
                                              (D.C. Bar  No. 1602459)
                                              National Student Legal Defense Network
                                              1701 Rhode Island Ave., NW
                                              Washington,  D.C. 20036
                                              alex@defendstudents.org

                                              *Counsel for Plaintiff*